

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FRANCIS JOSEPH CINELLI | : | CIVIL ACTION |
| | : | |
| FRANCIS JOSEPH CINELLI, | : | NO. 14-1007 |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | (BANKRUPTCY NO. 13-19132) |
| NED and SHARON GARIS, et al., | : | |
| Appellees | : | |

FILED

AUG 21 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 21st day of August, 2014, upon consideration of the briefs of the parties, and after a review of the record, it is **ORDERED** that the Order of the Bankruptcy Court for the Eastern District of Pennsylvania dated January 6, 2014, is **AFFIRMED**.

_____
TIMOTHY J. SAVAGE, J.

ENTERED
AUG 21 2014
CLERK OF COURT

8/21/14 mail:
Kalina Bauer
Baka Zapata